BRAD C. BRERETON (SB#111266)
1362 Pacific Avenue, Suite 212
Santa Cruz, California 95060
Tel (831)429-6391
Fax (831)459-8298
email: bcbrereton@aol.com

Attorney for Plaintiff
Timothy D. Sardam

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 4/27/06*

| | |
|---|---|
| TIMOTHY D. SARDAM<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LABORER'S LOCAL NO 270<br><br>　　　　Defendants | Case No: C-04-03117 RMW<br><br>**ORDER PURSUANT TO STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Dept:　Courtroom 6<br>　　　　Hon. Judge Ronald M. Whyte |

　　　　Pursuant to the stipulation on file in this action between the parties hereto, and good cause appearing

　　　　IT IS HEREBY ORDERED that the Case Management Conference currently scheduled in this case for April 28, 2006 at 10:30 a.m. in Courtroom 6 of this court is hereby continued to May 12, 2006 at 10:30 a.m., in Courtroom 6.   Because the parties have already filed the joint case management statement, no further case management statement need be filed for the continued hearing.


Dated: __4/27/06____　　　　　　　　　　　/s/ Ronald M. Whyte_____
　　　　　　　　　　　　　　　　　　　　　　Hon. Judge Ronald M. Whyte
　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

1

Order Continuing Case Management Conference